**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Issac COLE, Jr., a/k/a Brother
Cole, Defendant–Appellant.**

No. 12–6621.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

James Issac Cole, Jr., Appellant Pro Se. John David Rowell, Assistant United

States Attorney, Columbia, South Carolina, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Issac Cole, Jr. appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cole,* No. 0:07–cr–00316–JFA–1 (D.S.C. Mar. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*